**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-2256**

———————

TAUREAN SMALL,

        Plaintiff - Appellant,

    v.

FEDERAL TRADE COMMISSION; NATIONAL TELECOMMUNICATIONS AND INFORMATION ADMINISTRATION,

        Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:25-cv-00239-FL-RJ)

———————

Submitted:  April 28, 2026                      Decided:  April 30, 2026

———————

Before WILKINSON and GREGORY, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Taurean Small, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Taurean Small appeals the district court's order adopting the recommendation of the magistrate judge and dismissing his civil action for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Small v. FTC*, No. 5:25-cv-00239-FL-RJ (E.D.N.C. Oct. 10, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*